IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COREY L. CUNNINGHAM,

    Plaintiff,

v.                              CASE NO. 4:15cv152-RH/CAS

SENIOR CHAPLAIN S. FOX,
CHAPLAIN GEORGE H. LAJUENESS,
and ASSISTANT WARDEN J. BROWN,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 40. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motions to dismiss, ECF Nos. 24 and 31, are GRANTED. The clerk must enter judgment stating, "This case is dismissed as moot." The clerk must close the file.

SO ORDERED on July 20, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge